# EXHIBIT A

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253**
**Trasnfers from Akorn Operating Company LLC to Erislandy Dorado-Boladeres**

| Transfer Date | Description | Transfer Amount | Avoidable Transfer Amount |
|---|---|---|---|
| 1/27/2023 | Retention Bonus | $ 125,000.00 | $ 125,000.00 |
| | | $ 125,000.00 | $ 125,000.00 |